**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-7747**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KANIKA T. WIGGINS, a/k/a Kanika T. Johnson, a/k/a Kanika T. Johnson-Robbins,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:19-cr-00095-RGD-DEM-1)

Submitted: February 26, 2021             Decided: March 9, 2021

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kanika T. Wiggins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kanika T. Wiggins appeals the district court's orders denying relief on her third motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239, and her motion for reconsideration. We have reviewed the record and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wiggins*, No. 2:19-cr-00095-RGD-DEM-1 (E.D. Va. Sept. 23, 2020; Oct. 15, 2020). We also deny Wiggins' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*